[Civ. No. 6505. First Appellate District, Division Two.—October 26, 1928.]

WILLIAM F. HERRON, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents.

William F. Herron for Petitioner.

Harry I. Stafford and Edward A. Cunha for Respondents.

THE COURT.— ▇ This is an original application for a writ of prohibition to restrain the respondent Superior Court from hearing proceedings upon an accusation of contempt based upon the petitioner's alleged interference with a receiver appointed by order of the Superior Court.

The theory of the petitioner is that he was in possession of the premises occupied by the receiver under a claim of right. This is a question of fact which must be tried by the respondent court in the contempt proceedings. (*Goodrich* v. *Superior Court*, 92 Cal. App. 695 [268 Pac. 669].)

The petition is denied.